UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:                        )
                              )
TONG YONG JIANG and           )        Case No. 13-10879
MEI JUAN ZHANG,               )           Chapter 7
                              )
        Debtors               )

## ORDER APPROVING SALE OF PROPERTY

On the motion of the Chapter 7 Trustee for an Order authorizing the sale of property to Jin Weng which is situated generally at 19 Orchard Circle, Lewiston, Maine and more particularly described in the deed of Paul D. Moreau et al. dated December 22, 2006 and recorded with the Androscoggin Registry of Deeds in Vol. 7014, Page 72 ("the Property"); and after notice,

☐ no timely objections to the Trustee's motion having been filed by any interested party, and no hearing thereon being necessary,

☐ the Court having taken such offers of proof as it deemed necessary and having heard the arguments of counsel at a hearing held on March 6, 2014, and any timely filed objections to the Trustee's motion having been considered by the Court and either resolved by agreement, withdrawn, or overruled at said hearing, for the reasons stated on the record, it is, therefore, hereby

### ORDERED, ADJUDGED, AND DECREED

that the Trustee's motion is GRANTED in all respects and that the Trustee, pursuant to 11 U.S.C. § 363 of the United States Bankruptcy Code, be and hereby is authorized to sell the Property (as defined in Trustee's motion) to Jin Weng pursuant to the terms and conditions set forth in the motion; and it is hereby further

### ORDERED, ADJUDGED, AND DECREED

that all of the proceeds from the sale of the Property shall be paid to the Chapter 7 Trustee for the benefit of the estate.


Dated:
                              _____
                              UNITED STATES BANKRUPTCY COURT